No. D-1726. IN RE DISBARMENT OF CARON. Disbarment entered. [For earlier order herein, see 518 U. S. 1053.]

No. D-1727. IN RE DISBARMENT OF ADAMS. Disbarment entered. [For earlier order herein, see 518 U. S. 1053.]

No. D-1728. IN RE DISBARMENT OF MESTMAN. Disbarment entered. [For earlier order herein, see 518 U. S. 1053.]

No. D-1749. IN RE DISBARMENT OF KEATHLEY. Ernest L. Keathley, Jr., of Florissant, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1750. IN RE DISBARMENT OF JACOBS. Kent Francis Jacobs, of Seward, Neb., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1751. IN RE DISBARMENT OF PRINCIPATO. Saverio R. Principato, of Camden, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1752. IN RE DISBARMENT OF FRIEZE. Jack Wendell Frieze, of Irving, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1753. IN RE DISBARMENT OF BARONE. Anthony F. Barone, of Palm Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1754. IN RE DISBARMENT OF NEDELL. Jay Stuart Nedell, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.